UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA,

        Plaintiff

v.

**MAHER MAZHER QAYYUM LAK and FAHEEM MUHAMMAD,**

        Defendants.

**INFORMATION**

CRIM. NO. 8:10-PO-00057 (LAK)

Vio: 8 U.S.C. §1325(a)(1) and 18 U.S.C. §2

Aiding and Abetting Illegal Entry of an Alien

---

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 1, 2010, in the State and Northern District of New York, the defendants, **MAHER MAZHER QAYYUM LAK and FAHEEM MUHAMMAD**, knowingly and wilfully aided and abetted the person believed named Kishwer Shahnaz, an alien, to enter the United States at a time and place other than as designated by immigration officers for inspection for entry to the United States, by preparing to receive and transport her away from the United States-Canada border upon her illegal entry,

In violation of Title 8, United States Code, Section 1325(a)(1) and Title 18, United States Code, Section 2(a).

                                              RICHARD S. HARTUNIAN
                                              UNITED STATES ATTORNEY

BY: _____
      ELIZABETH HORSMAN
      Assistant United States Attorney
      BAR ROLL #515350